UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MAESTRO,<br><br>                    Petitioner,<br><br>          v.<br><br>RICHARD IVES, Warden,<br><br>                    Respondent. | ) Case No. CV 14-1069 R(JC)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS,<br>) CONCLUSIONS, AND<br>) RECOMMENDATIONS OF UNITED<br>) STATES MAGISTRATE JUDGE<br>)<br>)<br>) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the "Request for a Modification of Sentence through 28 U.S.C. § 2241 and Pursuant to 18 U.S.C. § 3582(c)(1)(A)" ("Petition"), the Motion to Dismiss the Petition and all supporting and opposing documents filed in connection therewith, and all of the records herein, including Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS ORDERED that the Motion to Dismiss the Petition is granted and the Petition and this action are dismissed with prejudice.

///

///

///

1

1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2    Report and Recommendation, and the Judgment herein on petitioner and on

3    counsel for respondent.

4        LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6        DATED:  November 13, 2014

7

8    _____

9

10   HONORABLE MANUEL L. REAL
     UNITED STATES DISTRICT JUDGE