1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | | |
|---|---|---|
| RUSSELL MAESTRO, | ) | Case No. CV 14-1069 R(JC) |
| Petitioner, | ) | ~~(PROPOSED)~~ |
| v. | ) | JUDGMENT |
| | ) | |
| RICHARD IVES, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

_____

17
18

    Pursuant to this Court's Order Accepting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

19
20
21

    IT IS ADJUDGED that the "Request for a Modification of Sentence through
28 U.S.C. § 2241 and Pursuant to 18 U.S.C. § 3582(c)(1)(A)" and this action are
dismissed with prejudice.

22
23

    DATED:  November 13, 2014

24
25

_____

26
27

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

28